L. Bishop Austin (SBN 175497)
L. Bishop Austin & Associates
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Telephone (213) 388-4939
Facsimile (213) 388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtors/Movants



FILED & ENTERED

MAY 19 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may         DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ODILON BEJAR AND SOLEDAD BEJAR<br><br>Debtor[s]. | Case No.: 2:09-BK-35143-AA<br><br>Chapter 13<br><br>**ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND TO STAY PAYMENTS REGARDING LIEN ENCUMBERING REAL PROPERTY**<br><br>Date:    12/08/2009<br>Time:    09:00:00 AM<br>Location: 255 E TEMPLE ST.,<br>             LOS ANGELES, CA 90012<br>Courtroom: 1375 |

A hearing regarding the "***MOTION FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, AVOIDANCE OF LIEN, AND MODIFICATION OF RIGHTS OF LIENHOLDER BAC HOME LOANS SERVICING, LP ; AND PERMISSION TO BE EXCUSED FROM MAKING FURTHER POST-PETITION MORTGAGE PAYMENTS TO RESPONDENT, BAC HOME LOANS SERVICING, LP , THE SECOND DEED OF TRUST HOLDER ONLY, ITS ASSIGNEES, TRANSFEREES AND/OR SUCCESSOR(S) IN INTEREST***" (the "Motion") filed by ***ODILON BEJAR AND SOLEDAD BEJAR***(the "Debtor") was held at the above-referenced date and time; appearances were as stated on the record.  Having reviewed the Motion and all papers submitted in support thereof; no opposition thereto having been filed; and good cause appearing therefor, it is hereby:

1     ORDERED, that the claim secured by the *Second* deed of trust against the real property described in the Motion (the "Property") will be treated as an unsecured nonpriority claim pursuant to the provisions of the Debtor's chapter 13 plan and any Court-approved modifications thereto (the "Plan"), such that the claim will be paid pro rata with other allowed unsecured nonpriority claims; and it is further

    ORDERED, that upon the completion of all payments under the Plan and upon entry of a discharge pursuant to 11 U.S.C. § 1328 in this case, the lien arising from the *Second* deed of trust against the Property will be void and will not constitute an encumbrance on the Property; and it is further

    ORDERED, that the beneficiary of the *Second* trust deed will retain its lien against the Property to the extent recognized by applicable nonbankruptcy law unless and until the Debtor fully performs under the Plan and the Debtor receives a discharge pursuant to 11 U.S.C. § 1328.

###

DATED: May 19, 2010

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010

A true and correct copy of the foregoing document described **PROPOSED ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND TO STAY PAYMENTS REGARDING LIEN ENCUMBERING REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   May 19, 2010   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Odilon Bejar & Soledad Bejar<br>2133 Mountain Avenue<br>Duarte, CA 91010<br><br>L. Bishop Austin, Esq<br>3250 Wilshire Blvd., Ste 1500<br>Los Angeles, CA 90010<br><br>BAC Home Loans Servicing | Attn: President or General Director<br>7105 Corporate Drive<br>Plano, TX 75024<br><br>BAC Home Loans Servicing<br>Agent for Service of Process<br>C T Corporation System<br>818 W. Seventh Street<br>Los Angeles, CA 90017<br><br>BAC Home Loans Servicing, LP | Attn.: President or General Director<br>1757 Tapo Canyon Rd<br>Mail Code CA6-913-01-01<br>Simi Valley, CA 93063<br><br>Prober & Raphael, A Law Corporation<br>Attn.: Sara Breitman<br>20750 Ventura Blvd., Ste 100<br>Woodland Hills, CA 91364 |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 19, 2010 | Moises Lopez | /s/ Moises Lopez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM:**
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (specify) **ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND TO STAY PAYMENTS REGARDING LIEN ENCUMBERING REAL PROPERTY**
 was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 05/18/2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Leroy Bishop Austin: lbishopbk@yahoo.com
Kathy A Dockery: efiling@CH13LA.com
United States Trustee (LA) : ustpregion16.la.ecf@usdoj.gov
Casper J Rankin on behalf of Interested Party Courtsey NEF ecfcacb@piteduncan.com

**II.  SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Odilon Bejar & Soledad Bejar
2133 Mountain Avenue
Duarte, CA 91010

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION (if needed)**:

BAC Home Loans Servicing
Attn: President or General Director
7105 Corporate Drive
Plano, TX 75024

BAC Home Loans Servicing
Agent for Service of Process
C T Corporation System
818 W. Seventh Street
Los Angeles, CA 90017

BAC Home Loans Servicing, LP
Attn.: President or General Director
1757 Tapo Canyon Rd
Mail Code CA6-913-01-01
Simi Valley, CA 93063

Prober & Raphael, A Law Corporation
Attn.: Sara Breitman
20750 Ventura Blvd., Ste 100
Woodland Hills, CA 91364