CHRISTOPHER M. MCDERMOTT (CA SBN 253411)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: cmcdermott@piteduncan.com

Attorneys for Creditor GMAC MORTGAGE, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re | Case No. 2:09-bk-35143-AA |
|---|---|
| ODILON BEJAR AND SOLEDAD BEJAR, | Chapter 13 |
| Debtor(s). | STIPULATION RE: LOAN MODIFICATION AGREEMENT |

This Stipulation Re: Loan Modification Agreement ("Stipulation") is entered into by and between Odilon Bejar and Soledad Bejar (hereinafter referred to as "Debtors") by and through their attorney of record, Leroy Bishop Austin; the Chapter 13 Trustee, Kathy A. Dockery; and GMAC Mortgage, LLC (hereinafter referred to as "Creditor"), by and through its attorney of record, Pite Duncan, LLP.

## RECITALS

A.  Debtors are the makers of a Note in favor of GMAC Mortgage Corporation DBA Ditech com (hereinafter referred to as "Lender") dated, in the original principal amount of $240,000.00, which is secured by a Deed of Trust encumbering the real property at 2133 South Mountain Avenue, Duarte, California 91010 (the "Subject Property"). The Note and Deed of Trust are collectively referred to hereinafter as the "Subject Loan."

B.  Subsequently, all rights, title and interest in the Subject Loan were transferred to Creditor.

/ / /

5950158.wpd

C. On or about September 17, 2009, Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California - Los Angeles Division, and were assigned Case No. 2:09-bk-35143-AA.

D. On or about October 22, 2009, Creditor filed a Proof of Claim on account of the Subject Loan reflecting outstanding pre-petition arrears in the amount of $5,470.10.

E. On or about December 22, 2009, the Court entered an order confirming the Debtors' Chapter 13 Plan.

F. Creditor has agreed to modify the Subject Loan pursuant to the terms set forth in the document attached hereto as **Exhibit A**.

**THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1. The automatic stay of 11 U.S.C. § 362 shall be modified to allow Creditor to offer and provide Debtors with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, to enter into such an agreement with Debtors, and to record any such agreement with the appropriate county recorder's office;

2. Debtors shall file a motion to modify their Chapter 13 Plan to reflect the terms of the loan modification agreement within thirty (30) days of the date of entry of the order approving this Stipulation;

3. The loan modification agreement shall be effective upon the entry of an order approving this Stipulation and an order approving the Debtors' modified Chapter 13 Plan that reflects the loan modification agreement or, alternatively, upon the dismissal of the Debtors' bankruptcy case; and

/././
/././
/././
/././
/././
/././

5950158.wpd

4. Upon entry of the order approving this Stipulation, the Chapter 13 Trustee shall cease making any payments in regard to Creditor's claim filed in this bankruptcy case.

IT IS SO STIPULATED:

Dated: 5-27-10    By: _____
   LEROY BISHOP AUSTIN
   Attorney for Odilon Bejar and Soledad Bejar

PITE DUNCAN, LLP

Dated: 5/28/2010    By: /s/ Christopher M. McDermott
   CHRISTOPHER M. MCDERMOTT
   Attorneys for GMAC Mortgage, LLC

APPROVED AS TO FORM AND CONTENT:

Dated: _____    By: TRUSTEE SIGNATURE NOT REQUIRED
   KATHY A. DOCKERY
   Chapter 13 Trustee